UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUKE LUNDY | CIVIL ACTION |
| VERSUS | NO. 17-4417 |
| BP EXPLORATION & PRODUCTION INC., *et al.* | SECTION M (5) |

## ORDER & REASONS

Before the Court is a motion by plaintiff Luke Lundy to disqualify the undersigned from these proceedings.[1] The same motion has been filed and fully briefed in seven other B3 cases. Having considered the parties' memoranda, the record, and the applicable law, the Court denies the motion for the reasons articulated at length in the Order & Reasons issued in *Carpenter v. BP Exploration & Production Inc.*, No. 17-3645, R. Doc. 63 (E.D. La. July 14, 2022), because there is no actual conflict of interest or appearance of impropriety, and the motion was untimely filed. A judge has an affirmative duty not to disqualify himself or herself unnecessarily, and because Lundy raises no compelling or persuasive grounds for disqualification here, it is unnecessary and, indeed, would be improper for the undersigned to do so.

Accordingly,

IT IS ORDERED that Lundy's motion to disqualify (R. Doc. 41) is DENIED.

New Orleans, Louisiana, this 14th day of July, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 41.